EASTERN DIS.
*August*, 1832.

MICHEL
*vs*
BONECAZE.

## MICHEL *vs.* BONECAZE.

APPEAL FROM THE COURT OF PROBATES FOR EAST BATON ROUGE.

Where the original petition does not specify the sum claimed, and the record affords no evidence of that fact, except the petition of appeal, the appeal will be dismissed.

The facts are stated in the opinion of the court, delivered by MATHEWS, J.

Where the original petition does not specify the sum claimed, and the record affords no evidence of that fact, except the petition of appeal, the appeal will be dismissed.

The case is before the court on a motion to dismiss the appeal. The dismissal is claimed in consequence of the matter in dispute, not amounting to three hundred dollars. The original petition does not specify the sum claimed, and the record affords no evidence of this fact, except the petition of appeal. We are of opinion that the allegation in this petition, unsupported by any evidence, does not suffice to shew the value of the matter in dispute, although such an allegation in an original petition has that effect, as being the commencement and foundation of a contest between parties litigant.

It is, therefore, ordered, adjudged, and decreed, that this appeal be dismissed at the appellant's costs.